IN THE DISTRICT COURT IN AND FOR **MUSKOGEE** COUNTY
STATE OF OKLAHOMA

JAMES DUM AND MARY DUM,                  )
                                         )
                              Plaintiffs, )
                                         )
VS.                                      )  Case Number  CJ - 2012-205
                                         )  Judge  Thygesen
STATE FARM MUTUAL AUTOMOBILE COMPANY,)
a foreign corporation,                   )
                              Defendant.  )

## PETITION

### I. Parties, Jurisdiction and Venue

Plaintiffs, JAMES and MARY DUM, are residents of Muskogee County,

Oklahoma, where the automobile accident and wrongful death of their son, John

Dum, occurred. The Defendant is a foreign corporation, doing business in Muskogee

County, Oklahoma, where the applicable insurance policies were issued. This Court,

therefore, has jurisdiction over the subject matter and parties. Venue is also

appropriate.

### II. Factual Allegations

On December 3, 2011, Plaintiffs' son, John Dum, suffered a wrongful death as

a result of the negligence of an underinsured motorist. At the time of the accident

and for many years prior to that time, Plaintiffs were insured by Defendant, State

Farm Mutual Automobile Insurance Company. The coverage that was provided

through the applicable insurance policies included, but was not limited to,

underinsured motorist coverage. Therefore, Plaintiffs immediately made a claim for

benefits. Unfortunately, although more than five months have expired since the

1



accident at issue and the claim was made, the Defendant has paid no benefits to the

Plaintiffs.

### III. Breach of Contracts

The Plaintiffs were insured by the Defendant and made an appropriate claim

for benefits, pursuant to the applicable insurance policies, as a result of the death of

their son.  However, the Defendant has paid no benefits to the Plaintiffs and is in

breach of the contracts.

WHEREFORE, Plaintiffs seek actual damages as a result of Defendant's

breach of the insurance contracts in the amount of $150,000, as a result of the

Defendant's failure to obtain a Waiver of UM coverage in the same amount of

Plaintiffs' liability coverage, and further result of the stacking provisions provided

by Oklahoma Law.

### IV. Bad Faith

The Defendant violated its duties of good faith and fair dealing by

unreasonably and in bad faith, refusing to pay Plaintiffs the proper amount for their

valid claim. State Farm Mutual Automobile Insurance Company did not perform a

proper investigation, did not evaluate the results of whatever investigation it did

perform properly, had no reasonable basis for its refusal to pay Plaintiffs' claim, and

offered an unreasonably low amount to satisfy the claim. Plaintiffs further suffered

through Defendant's unconscionable delay and failure to properly communicate

with the Plaintiffs or advise them of the applicable coverages, through an apparently

untrained, incompetent and neglectful adjuster.

2

WHEREFORE, Plaintiffs seek actual damages, including but not limited to financial losses, embarrassment, mental pain and suffering and attorney fees.

### V. Punitive Damages

Defendant has recklessly disregarded its duties to deal fairly and act in good faith with its insureds, and has intentionally and with malice breached its duty to deal fairly and in good faith with them. The Defendant's reckless disregard of its duties occurred while it was aware, or did not care, that there was a substantial risk that its conduct would cause serious damages to the Plaintiffs. Finally, Defendant's conduct was unreasonable under the circumstances, considering the high probability that its conduct would cause serious damages to the Plaintiffs.

WHEREFORE, Plaintiffs seek punitive and exemplary damages.

### VI. Request For Relief

Plaintiffs seek actual damages in excess of $75,000, and exemplary and punitive damages in the amount of the greater of $500,000, or twice the amount of the actual damages awarded, or the increased financial benefit derived by the Defendant, as a result of its conduct causing damages to the Plaintiffs and other

05/09/2012 13:12 FAX
MAY. 9. 2012 11:22AM   CLAIMS MGRS                                   NO. 480    P. 7/8

persons or entities.  FURTHERMORE, Plaintiffs seek prejudgment interest, attorney

fees, court costs and any further relief that the Court deems just.

Respectfully submitted,

Richardson Richardson Boudreaux Keesling

Paul T. Boudreaux, OBA #990
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 - Tel (918) 493-1925 – Fax
*Attorneys for the Plaintiffs*

**ATTORNEY LIEN CLAIMED**

4