IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

JAMES DUM and MARY DUM, )
)
      Plaintiffs, )
)
vs. ) Case No. 12-CV-248-JHP
)
STATE FARM MUTUAL AUTOMOBILE, )
INSURANCE COMPANY, a Foreign )
Corporation, )
)
      Defendant. )

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Plaintiffs, James Dum and Mary Dum and the Defendant, State Farm Mutual Automobile Insurance Company, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Jointly Stipulate to the Dismissal With Prejudice of this proceeding in its entirety and as to all issues.

Respectfully submitted,

**Richardson Richardson Boudreaux Keesling**

/s/ Paul T. Boudreaux
Paul T. Boudreaux, OBA #990
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 Tel (918) 493-1925 Fax
ptb@rrbklaw.com
*Attorneys for Plaintiffs*

**Atkinson, Haskins, Nellis, Brittingham,
    Gladd & Carwile**

/s/ John S. Gladd
John S. Gladd, OBA #
525 South Main, Suite 1500
Tulsa, Oklahoma 74103-4524
Facsimile (918) 585-8096
jgladd@ahn-law.com
*Attorneys for the Defendant*